# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 16, 2021

162642

*In re* BANKS, Minors.

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 162642
COA: 352940
Wayne CC Family Division:
 2015-521396-NA

_____/

On order of the Court, the application for leave to appeal the January 21, 2021 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 16, 2021



Clerk

b0413